UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                22 CR 67 (RMB)

  -against-

**ORDER**

WILLIAM NIEVES,
                Defendant.
-----------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Monday, February 14, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1054

Dated: February 9, 2022
      New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.