**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

                   22 CR. 67 (RMB)

 -against-

                   **ORDER**

WILLIAM NIEVES,
      Defendant.
------------------------------------------------------------X

   The sentencing proceeding previously scheduled for Tuesday, September 13, 2022 at 9:30 AM is hereby rescheduled to 9:00 AM on the same date. The proceeding will take place in Courtroom 17B.

Dated: August 30, 2022
    New York, NY

                     _____
                       RICHARD M. BERMAN
                         U.S.D.J.